PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

United States Courts
Southern District of Texas
FILED

JUL 2 2 2022

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

David Eugene Spates
Plaintiff's Name and ID Number

Harris County Jail 1200 Baker St.
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Sheriff Ed Gonzalez
Defendant's Name and Address

1200 Baker St. Houston, TX 77002
Defendant's Name and Address

Harris Health 701 San Jacinto Houston, TX 77002
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1.  Approximate date of filing lawsuit: November 27, 2020
        2.  Parties to previous lawsuit:
            Plaintiff(s) David Eugene Spates (myself)
            Defendant(s) Harris County, Texas
        3.  Court: (If federal, name the district; if state, name the county.) Harris County
        4.  Cause number: H-20-3445
        5.  Name of judge to whom case was assigned: Vanessa D. Gilmore
        6.  Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
        7.  Approximate date of disposition: November 26, 2020

II.  PLACE OF PRESENT CONFINEMENT: Harris County Jail 1200 Baker St. 3E1A

2

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: David Eugene Spates
1200 Baker Street 3E1A   Houston, TX 77002

B.  Full name of each defendant, his official position, his place of
employment, and his full <u>mailing</u> address.

Defendant #1: Harris Health Department 701 San Jacinto
Houston, TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Refused to transport me to Hospital while infected with Covid-19

Defendant #2: Sheriff Ed Gonzalez - HCSO
1200 Baker St.   Houston, Texas 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Refused me medical care for the deadly Covid-19 virus

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.  STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about September 19, 2020, I contracted and tested positive for the Covid-19 virus in the Harris County Jail. Because of my age and existing health problems, namely, COPD and Asthma, I rightfully should have been transported to a local hospital for care and treatment knowing that Covid-19 is a deadly virus especially to those in my age range. Sheriff Ed Gonzalez along side Harris Health both refused me proper treatment by not taking me to the Hospital. Harris Health is responsible because, being health officials, they knew I should have went and Sheriff Ed Gonzalez is responsible for my health and well being because I'm in his custody. I suffered both long and short term impairments from this and can prove it.

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for all the pain and suffering both mental and physical, from lack of proper treatment for a life threatening ailness.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

David Eugene Spates; ▬▬▬▬▬▬

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

770116; 1356563; 2066089; 00283945

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  _____ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____

  2. Case number:_____

  3. Approximate date sanctions were imposed:_____

  4. Have the sanctions been lifted or otherwise satisfied?  _____ YES _____ NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?          _____ YES ____ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date warning was issued:_____

Executed on: 07/19/2022
              DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___19th___ day of ___July___, 20 _22_.
            (Day)              (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE  SPATES                DAVID

SPN# 283945                          Cell Block:  5F4 01S

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *10/2/2020*   and filed as grievance # *214978* This grievance is in reference to    701 HOUSING DIVISION/701, 711

At this time, your grievance is under investigation.

Please do not file any further grievances in reference to this matter.

Grievance Board Member   TAGBOGUN                          10/2/2020

## GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 701

To:  **DAVID**          **SPATES**          Grievance Received          10/2/2020

SPN#   283945

From: Inmate Grievance Board

Ref:  GRIEVANCE #     214978
701 HOUSING DIVISION/701, 711 JAIL

---

The Inmate Grievance Board has received a grievance from Inmate
DAVID     SPATES

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

---

I have investigated this grievance and determined it to be:

_X_Unfounded          ___Founded/Resolved          ___Founded/Unresolved

___ATW/TDC          ___OIG/IAD or Bureau Investigation

---

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate     SPATES          on Date: _10_ / _10_ / _20_

---

Supervisor's printed name: ___C. Zeaudion___

Supervisor's Signature: ___C.A. Z___          Date: _10_ / _10_ / _20_

_Lawyer for my COVID-19_

United States Courts
Southern District of Texas
FILED

JUL 22 2022

Nathan Ochsner, Clerk of Court

Dear Mr. Wicoff

My name is David Spates SPN:00283945. I am writing you to ask you if you would help me put Litigations against Harris County Jail for me contracting COVID-19 back in October of 2020.

If you will Look at Collicotte et al. V Harris County; Civil Action No. 4:20-CV-1369; in the United States District Court for the Southern District of Texas, it clearly states that on or about November 30, 2020 a folder will be provided for all inmates educating us about COVID-19

However the County never Posted nothing on the Kish Kiyosk untill Jan 14, 2021. I have all my notes from the first day that I caught COVID-19 in this Jail, I caught it in Med Sept. 2020. I would like to put a Civil Sute against Harris County Jail so I can be Compensated for almost dieing due to COVID-19.

I also have an issue of a Hate Crime that an officer did to me that ended up with a 911 call out of

this Jail with me having 4 broke Ribbs and a eta collasped Lung, 9 stiches in my right eye. I lost 20% hereing in my right ear. and the list goes on.

I look feward to hearing from you Mr. Wicoff eather way if you can help me, or you can point me in the right direction to get help.

Thank You and GOD Bless you in all that it is that you do!

Yours Traly
David F Spates

Mailing Info.

David E. Spates
SPN: 00283945 CELL 3E1A
1200 Baker Street
Houston, Texas 77002
Harris County Jail



HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: David L. Spears
SPN 02828445   cell 3E1A
Street 1200 Baker St.
HOUSTON, TEXAS 77002

*Keefe*
Commissary Network

United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208-1010

Legal Mail

FOREVER USA
PURPLE HEART

United States of
ern District
FILED

'IL 2 2 20··

athan Ochsner, Clerk o